6 A.3d 1290

Gordon D. HACKADAY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Nov. 17, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of November, 2010, the Order of the Commonwealth Court is **AFFIRMED.**